# NetSuite Premier Solution Provider Agreement

This NetSuite Premier Solution Provider Agreement ("Agreement") is entered into as of the date set forth below between NetSuite Inc., a California corporation ("NetSuite"), with its headquarters located at 2955 Campus Drive, Suite 100, San Mateo, California 94403 and Skyytek Corporation) ("Solution Provider"), located at 5570 NW 113th Court, Miami, FL 33178

**WHEREAS**, NetSuite through its hosted ASP/IT provides a comprehensive web-based application for businesses that integrates Enterprise Resource Planning ("ERP"), Customer Relationship Management ("CRM"), E-commerce (web store and website), and partner collaboration capabilities. The ASP/IT provides private transactions within a 128-bit encoded level of security, and offers valued-added application services that include: (1) Business insight; (2) ERP; (3) CRM; (4) Employee Management and Collaboration; and (5) Web presence and back office system integration; and

**WHEREAS**, Solution Provider, desires to promote NetSuite's business applications to its customers and potential customers.

**THE PARTIES NOW THEREFORE AGREE AS FOLLOWS:**

1. **Defined Terms.**

    **1.1.** **"Customer Base Information"** shall mean any and all information pertaining to Solution Provider's customers.

    **1.2.** **"Confidential Information"** shall mean all data and information of a confidential nature, as well as information that one Party knows or should know that the other Party regards as confidential including, but not limited to, End User Data, business practices, software, technical information, future product/service plans, programming/design techniques or plans, know-how, trade secrets, prospects, customers, end users suppliers, development plans or projects, and services. Confidential Information may be communicated orally, in writing or in any other recorded or tangible form.

    **1.3.** **"End User"** means the NetSuite Licensee and Customer of NetSuite and Solution Provider.

    **1.4.** **"End User Data"** shall mean any data, information, or other materials of any nature whatsoever, provided to Solution Provider by an End User in the course of the demonstration or use of the Service, including any data otherwise captured or generated by the Service.

    **1.5.** **"Intellectual Property Rights"** shall mean any and all intellectual property rights existing from time to time under any law or regulations, including without limitation patent law, copyright law, trade secret law, trademark law, unfair competition law, publicity rights law, or privacy rights law, and any and all other proprietary rights, and any and all applications, renewals, extensions and restorations of any of the foregoing, now or hereafter in force and effect.

    **1.6.** **"NetSuite Brand"** means any or all of NetSuite's trademarks, service marks, logos, trade names, product or service names presently existing or adopted, obtained, or introduced by NetSuite during the term of this Agreement.

    **1.7** **"NetSuite Technology"** means systems and other technology owned or licensed by NetSuite, including all improvements, updates, upgrades and additions developed by or for NetSuite for use in Products and Services. "NetSuite Technology" also includes all associated Intellectual Property.

    **1.8** **"Party" or "Parties"** shall mean NetSuite and/or Solution Provider.

# NetSuite Premier Solution Provider Agreement

**1.9** "**Products and Services**" means the NetSuite's online business applications, products, and/or services that are listed in the Solution Provider Program Guidelines as being available for resale by a Solution Provider.

**1.10** "**Service**" means the Internet-based, ASP products and services, including, but not limited to, accounting, customer relationship management, website/web store, payroll, online bill pay, expense reporting, time and billing, and other services offered by NetSuite, or introduced by NetSuite during the term of this Agreement.

**1.11** "**Solution Provider**" means an approved member of the Solution Provider Program who is authorized to promote Products and Services, and for purposes of this Agreement shall be identified by the Tax Identification Number 65-0359052.

**1.12** "**Solution Provider Program**" means NetSuite's Solution Provider Program.

**1.13** "**Solution Provider Program Guidelines**" means the policies and procedures associated with promoting of Products and Services that are posted at www.netsuite.com on the "SP Tools" tab under "Partner Program Information" or any successor web site or page, and are subject to change, modification, or discontinuance by NetSuite in its sole discretion.

**1.14** "**Territory**" is defined as United States, Canada, Mexico, South America, and Central America.

**1.15** "**Marks**" shall mean the service marks, trade marks, trade names, logos, and trade dress of a Party.

**2.** **Term of Agreement.** Unless terminated pursuant to Section 13 of this Agreement, this Agreement shall remain in effect from the date that NetSuite executes this Agreement ("Effective Date") to January 31, 2006 ("Initial Term"). Thereafter, the Agreement shall be automatically renewed for successive one (1) year terms ("Renewal Term"), unless either Party delivers notice of its intention not to renew at least thirty (30) days prior to the Initial Term or any Renewal Term.

**3.** **Terms and Conditions for Solution Provider.**

   **3.1** **Solution Provider License Execution.** In the event that Solution Provider purchases any NetSuite Service, whether or not in conjunction with this Agreement, Solution Provider shall be required to execute a NetSuite License Agreement.

   **3.2** **End User License Execution.** Solution Provider acknowledges and agrees that without exception all End Users must fully execute a NetSuite License Agreement. Solution Provider further acknowledges and agrees that it has no authority to alter, modify, edit, or otherwise change the NetSuite License Agreement, and that any such change by Solution Provider shall not be binding upon NetSuite. Solution Provider agrees to assist NetSuite in gaining End Users' execution of the NetSuite License Agreement.

   **3.3** **Independent Contractor.** Solution Provider acknowledges and agrees that this Agreement does not create any joint venture, partnership, agency, or employment relationship between the Parties. Solution Provider and NetSuite are independent contractors with respect to one another under the terms of this Agreement. Neither Party shall have the authority to legally bind the other Party to any contract, proposal, or commitment or to incur any debt or create any liability on behalf of the other. Solution Provider agrees not to do anything which misrepresents its relationship with NetSuite.

   **3.4** **Reservation of Rights.** Solution Provider acknowledges that NetSuite holds and retains all worldwide right, title and interest in and to its Marks and NetSuite's promotional materials, and that all use of the NetSuite Marks and NetSuite promotional materials by Solution Provider will

# NetSuite Premier Solution Provider Agreement

inure to the benefit of NetSuite. Further, Solution Provider will (i) not assert any ownership interests in or contest the validity of the NetSuite Marks; (ii) comply with written guidelines that NetSuite may provide to Solution Provider from time to time; (iii) not, at any time during the term of this Agreement, register or cause to be registered the NetSuite Marks or any trademarks, marks or trade names confusingly similar to the NetSuite Marks; and (iv) not use the NetSuite Marks in any manner that is likely to cause confusion, mistake, or deception. Solution Provider will reproduce all copyright, trademark and other notices on any copies of the NetSuite promotional materials created or distributed by Solution Provider. Solution Provider acknowledges and agrees, notwithstanding any rights provided or conveyed to Solution Provider by the terms of this Agreement, that NetSuite retains and owns all rights, title and interest in its Products or Services, or any elements thereof, the NetSuite Brand, the NetSuite Technology, NetSuite's Trademarks, and/or any and all associated Intellectual Property Rights thereto. Except as expressly provided herein, nothing in this Agreement shall confer upon the Solution Provider any rights therein.

**3.5   Solution Provider Payment.**

**3.6   Payment Resolution.**  If Solution Provider disputes NetSuite's calculation of the Solution Provider's revenue share (under Section 4.6 herein) or any other payment obligation, the Solution Provider must provide NetSuite with a written statement explaining the basis for its position within sixty (60) days following the date payment was made. Solution Provider agrees to cooperate with NetSuite by providing documents, explanations, and other information as requested by NetSuite in good faith in an attempt to resolve the dispute. If Solution Provider fails to provide notice within sixty (60) days, or if Solution Provider does not cooperate in NetSuite's investigation of the dispute, Solution Provider forever waives any and all rights to such payments.

**3.7   Solution Provider Program Guidelines.**  Solution Provider agrees to comply with the terms and conditions of the Solution Provider Program Guidelines, and any subsequent modifications thereto (which are posted at www.netsuite.com on the "SP Tools" tab under "Partner Program Information") or successor website, which do not materially change Solution Provider's obligations as contemplated on the Effective Date. Solution Provider agrees that any and all modifications to the Solution Provider Program Guidelines shall be effective upon the earlier of NetSuite notifying Solution Provider in writing via email or 30 days after being posted. If modifications to the Program Guidelines will materially change Solution Provider or NetSuite obligations, a six month grace period will be granted from the date of notice before changes become effective.

**3.8   End Users are Joint Customers.**  Solution Provider acknowledges and agrees that End Users are considered to be the customer of both the Solution Provider and NetSuite. For avoidance of doubt, End Users will be considered to be primarily the customer of the Solution Provider for software implementation, training, and support purposes. However, Solution Provider acknowledges that communication between NetSuite and End Customers may be required in the normal course of business to provide the Service and Professional Services to End Users. Solution Provider also agrees that it will timely report End User names and addresses to NetSuite for NetSuite's marketing research and promotion purposes. In the event of the termination or expiration of this Agreement, Solution Provider and NetSuite agree that the verbiage of any communication to End Users referencing the termination or expiration of this Agreement shall be mutually agreed to by both NetSuite and Solution Provider, provided each party provides the other with reasonable cooperation regarding said verbiage.

**3.9   Sale and Delivery of Service.**  Solution Provider agrees not to misrepresent the capabilities of any NetSuite Service and further agrees not to misrepresent the requirements for End Users of the Service. Solution Provider acknowledges and agrees that all sales are subject to final acceptance and approval by NetSuite. Solution Provider also agrees that following a sale Solution Provider is responsible for assisting NetSuite in the assignment and distribution of End User logon IDs and passwords to the End User. Solution Provider further agrees that it will follow the process and procedures indicated for delivery of the Service contained in the Solution

# NetSuite Premier Solution Provider Agreement

Provider Program Guidelines available at www.netsuite.com on the "SP Tools" tab under "Partner Program Information".

**3.10 Ensuring End User Satisfaction.** Solution Provider acknowledges that implementation, training, and support services ("Professional Services") are a critical part of providing the Service to an End User, and that any Professional Services provided by the Solution Provider are necessary to achieve and maintain End User satisfaction in using the Service. Solution Provider agrees not to promote any Service or Professional Service to any End User where the Solution Provider does not have the experience, abilities, and resources necessary to provide the appropriate level of Professional Services to End Users sufficient to result in high End User satisfaction. Solution Provider further agrees to competently serve the End User.

**3.11 Solution Provider Activities.** Solution Provider agrees to comply with all applicable local, state, federal, and foreign laws, treaties, regulations, and conventions in connection with its use or promotion of NetSuite's Products and Services, including without limitation those related to privacy, electronic communications, and anti-spam legislation. Solution Provider will not upload, post, reproduce or distribute any information, software or other material protected by copyright or any other intellectual property right (including rights of publicity and privacy) without first obtaining the permission of the owner of such rights. Solution Provider will not in any way express or imply that any opinions contained in Solution Provider's promotional activities are endorsed by NetSuite, unless such promotional activities have in advance been endorsed in writing by NetSuite. Solution Provider, nor someone acting for Solution Provider, will solicit any persons or entities which Solution Provider knows to be (or should reasonably know to be) a NetSuite customer for any purpose, except for the purpose of promoting products and services not provided by NetSuite. Solution Provider shall not scan NetSuite's web site, purchase NetSuite's keywords, or otherwise engage in activities which interfere in NetSuite's relationships with its customers. Solution Provider agrees not to engage in conduct or activities which diminish or otherwise damage the reputation or goodwill of NetSuite, its Products and Services, or its Intellectual Property Rights.

**3.12 Protection of Confidential End User Data.** Solution Provider may be given access to End User Data by the End User for Solution Provider's demonstration purposes and/or following End User's execution of a NetSuite License Agreement for the purpose of provisioning or populating End User's account. Solution Provider agrees to hold and keep any End User Data in the strictest confidence and to protect against disclosure or dissemination of such End User Data by utilizing commercially reasonable efforts designed to protect against disclosure and/or dissemination. Solution Provider agrees that NetSuite is in no way responsible for the disclosure or dissemination of any End User Data caused by Solution Provider.

**3.13 Solution Provider's Rights to End User Data.** Solution Provider acknowledges and agrees that Solution Provider has no rights to End User Data entered or processed via the Service. Solution Provider further acknowledges and agrees that Solution Provider cannot compel NetSuite to restrict or otherwise prevent End User from accessing the Service following End User's execution of a NetSuite License Agreement.

**3.14 Solution Provider's Promotion Rights.** Solution Provider's right to promote Products and Services is subject to meeting minimum sales levels, as indicated in the Solution Provider Program Guidelines, during the Initial Term or any Renewal Term of this Agreement.

**3.15 Discontinuation of Program.** Solution Provider acknowledges and agrees that NetSuite can discontinue and/or cancel the Solution Provider Program at any time. In the event that NetSuite suspends or discontinues the Solution Provider Program, Solution Provider acknowledges that NetSuite's sole obligation to Solution Provider is in accordance with Section 4.7 of this Agreement.

# NetSuite Premier Solution Provider Agreement

**3.16 Solution Provider's Sales Lead Follow-Up.** Solution Provider acknowledges that from time-to-time NetSuite may provide Solution Provider with sales leads. Solution Provider agrees to promptly follow up on such leads provided by NetSuite.

**3.17 Pooling of Revenues Prohibited.** Solution Provider acknowledges and agrees that it may not aggregate or combine its revenues with any other Solution Provider in order to qualify for any (or additional) revenue share percentage, unless Solution Provider receives prior written approval to do so from NetSuite.

**3.18 Non-Exclusivity.** Solution Provider agrees that this Agreement is non-exclusive, and that NetSuite reserves the right to offer and sell Products and Services directly to its customers and to retain other Solution Providers within or outside of Solution Provider's geographic location.

**3.19 Territory.** Solution Provider acknowledges that the right to sell Products and Services shall be limited to the Territory assigned by NetSuite (*See* Section 1.14 above).

**3.20 Solution Provider's Non-Solicitation.** Unless expressly authorized in writing by NetSuite, Solution Provider agrees that it shall not, directly, individually or in concert with or through any Person intentionally or directly market NetSuite Products to any Customer located in the countries of Australia and New Zealand.

4. **NetSuite's Obligations.**

    **4.1 Product License Grant.** Subject to the terms and conditions of this Agreement, and the terms and conditions of the Terms of Service attached hereto and incorporated herein as Exhibit A, NetSuite grants Solution Provider during the term of this Agreement a non-exclusive, limited, non-transferable and terminable license to use and display content for two demonstration accounts of NetSuite's Service solely for demonstration purposes in order to promote and sell to End Users NetSuite's Products and Services, provided such operations shall not include service bureau use, outsourcing, renting, or time-sharing the Service. The rights granted to Solution Provider here are provided to Solution Provider on the condition that Solution Provider does not (and does not allow any third party to) copy, modify, create a derivative work of, reverse engineer, reverse assemble, disassemble, or decompile any NetSuite software, or any part of the Service, or otherwise attempt to discover any source code, modify the Service, or any software associated or related therewith, in any manner or form, or use unauthorized modified versions of the software or Service, including (without limitation) for the purpose of building a similar or competitive product or service or for the purpose of obtaining unauthorized access to the Service. Solution Provider acknowledges and agrees that the license granted is not a concurrent user license and that Solution Provider is prohibited from sharing passwords and/or user names with unauthorized users. Solution Provider acknowledges and agrees that NetSuite shall own all rights, title and interest in and to all intellectual property rights in the Service and software. Except as provided in this Agreement, the license granted to Solution Provider does not convey any rights in the Service, express or implied, or ownership in the Service or any intellectual property rights thereto. Any rights not expressly granted herein are reserved by NetSuite.

    **4.2 Trademark License Grant.** Subject to the terms and conditions of this Agreement, NetSuite hereby grants Solution Provider, a non-exclusive, nontransferable, royalty-free, worldwide license to use its Marks, solely during the term of this Agreement as necessary to perform the marketing and promotional obligations described herein. Any use of NetSuite's Marks shall be subject to NetSuite's right to review and approve or reject in advance each proposed use of the Mark, and shall conform with any trademark usage guidelines, polices, or requirements provided by NetSuite. Any rights not expressly licensed herein are reserved by NetSuite, and all use by Solution Provider shall accrue to the benefit of NetSuite. Solution Provider will not take any action that would conflict with or be contrary to NetSuite's rights and interest in its Marks. Nothing contained herein shall be deemed to grant Solution Provider any right, title or interest in

# NetSuite Premier Solution Provider Agreement

NetSuite's Marks other than the license granted herein. Solution Provider acknowledges that NetSuite is the sole and exclusive owner of its Marks.

**4.3  NetSuite Acceptance of Solution Provider.** NetSuite accepts Solution Provider into the Solution Provider Program and grants Solution Provider the right to promote Products and Services for internal business use by its customers in accordance with the terms and conditions of this Agreement.

**4.4  Non-Solicitation.** NetSuite will not knowingly target Solution Provider's customers in a manner that interferes with the business relationship between the Solution Provider and its customers or in a manner that would prevent Solution Provider from realizing "Revenue Share" as a direct result of NetSuite soliciting, knowingly, a customer of the Solution Provider. For avoidance of doubt, NetSuite's general marketing and advertising campaigns shall not be considered "targeting" Solution Provider's customers.

**4.5  End User Billing.** NetSuite and/or Solution Provider, which ever comes first, shall be exclusively responsible for the billing and collection of fees from the sale of Products and Services to End Users, as well as any appropriate additional fees based upon End User's increased usage of Products and Services.

**4.6  NetSuite's Payment Obligations.** NetSuite shall pay Solution Provider its revenue share on a monthly basis with such amounts due fifteen (15) days following the end of each month. The revenue share equals the discount percentage, as indicated in the Solution Provider Program Guidelines, times the gross revenue collected by NetSuite for sales to End Users net of refunds, cancellations, and adjustments. All payments will be made in U.S. dollars. Upon request from Solution Provider, NetSuite shall provide estimated revenue share payments due in accordance with its standard practices.

**4.7  NetSuite's Recurring Revenue Obligations.** In the event that NetSuite discontinues or cancels the Solution Provider Program, except for Solution Providers breach of this agreement, NetSuite shall be obligated to pay three (3) years of recurring revenue to Solution Provider from the date that NetSuite discontinues or cancels the Solution Provider Program.

**4.8  NetSuite Activities.** NetSuite agrees not to engage in unreasonable conduct or activities which diminish or otherwise damage the reputation or goodwill of Solution Provider, its Products and Services, or its Intellectual Property Rights.

5.  **Marketing/Advertising.**

   **5.1. Marketing.** NetSuite hereby authorizes Solution Provider to include in its marketing or product distributions, marketing materials about NetSuite's products, which NetSuite has prepared and provided to Solution Provider for this purpose. Solution Provider shall not alter modify or otherwise change any material provided to it by NetSuite. Solution Provider may also use other marketing materials of its own to promote NetSuite's Products and Services, however, all such marketing materials must be approved in advance in writing by NetSuite.

   **5.2. Advertising.** Solution Provider agrees not to publish or advertise, in any publicly available media, including, but not limited to, radio, television, print, Internet, or otherwise, any price for NetSuite's Products and Services that are less then the then current suggested retail price that is listed in the then current Solution Provider Program Guidelines. Solution Provider agrees to consult the Solution Provider Program Guidelines posted at www.netsuite.com on the "SP Tools" tab under "Partner Program Information" immediately prior to conducting any advertising for NetSuite's Products and Services, unless Solution Provider otherwise receives prior written approval to do so from NetSuite.

# NetSuite Premier Solution Provider Agreement

6. **Publicity.**

    6.1.

    6.2. NetSuite shall have sole authority to approve any and all press releases, announcements, marketing materials mentioning NetSuite. Solution Provider shall have sole authority to approve the use of its name, in any marketing or other materials submitted to any public source. Neither Party shall unreasonably withhold its approval.

7. **Confidentiality.**

    7.1. **Disclosure and Protection.** Each Party anticipates that it may disclose certain Confidential Information to the other Party in connection with performance under this Agreement. Each Party agrees to preserve the confidentiality of such Confidential Information and not to disclose such Confidential Information during the term of this Agreement and thereafter. Such Confidential Information may be used only for the purposes of rendering performance under this Agreement. Each Party shall treat the other Party's Confidential Information with at least the same degree of care that it accords its own Confidential Information of a similar nature; provided, however, that in no event shall such care be less than that which is reasonably required to protect the Confidential Information.

    7.2 **Exceptions.** Information shall not be deemed to be Confidential Information, and Supplier shall have no obligation with respect to any such information, which:

    i. is or falls into the public domain through no wrongful act or negligence of either Party;
    ii. is rightfully received from a third party without restriction and without breach of the Agreement;
    iii. is approved for release by written authorization of an officer of either Party; or
    iv. is already in the other Party's possession as evidenced by its records and is not the subject of a separate non-disclosure agreement.

    7.3. **Government Request/Subpoena.** Nothing contained in the above exceptions shall permit Solution Provider to disclose Confidential Information pursuant to the requirements of a governmental agency or operation of law unless and until notice of such disclosure has been given to NetSuite prior to disclosure and Solution Provider has used reasonable efforts to receive confidential or protected status for the Confidential Information.

    7.4 **Return of Materials.** Upon termination of this Agreement by either Party for any reason, each Party shall, within thirty (30) days of a written request, return any and all tangible materials containing Confidential Information of the other Party. Following termination of this Agreement, the Parties shall remain obligated not to use, reproduce, disclose or provide such items or information to third parties with the prior written permission of the other Party.

    7.5 **This Agreement.** Both Parties agree that the terms and conditions of this Agreement shall be treated as Confidential Information, although this shall not be interpreted to prevent NetSuite from entering into substantial similar agreements with other entities or persons.

8. **Mutual Non-Solicitation.** Each Party agrees that it will not knowingly solicit the engagement and/or employment of the services of any of the employees of the other Party (either directly or through agents), without written permission of the other Party, during the Initial Term of this Agreement and any Renewal Term thereof and continuing for a period of one (1) year following its expiration or termination.

9. **Warranties.**

# NetSuite Premier Solution Provider Agreement

**9.1. Authority to Contract.** Each Party warrants that it is a corporation duly organized, validly existing and in good standing and has the full and unrestricted power and authority to execute and deliver the Agreement and to carry out the transactions contemplated hereby. The Parties further warrant that the execution of this Agreement and the performance of any work and delivery of any products will not conflict with or violate any commitment, agreement or understanding either Party has with any other person or entity and there is nothing that will prevent the Parties from performing its obligations under the terms and conditions imposed on it by the Agreement. The Parties represent and warrant that the Agreement has been duly authorized by all necessary corporate action and constitutes a valid obligation, binding and enforceable in accordance with the terms hereof. Solution Provider warrants that the information provided in its application is accurate and complete.

**9.2 Standard of Work.** Solution Provider warrants and agrees that it will promote Products and Services in good faith, in a professional manner, with a quality of service that meets or exceeds industry standards, in compliance with all laws and regulations, in compliance with the Solution Provider Program Guidelines. Solution Provider agrees to render all work in a professional and timely manner and warrants that qualified personnel shall perform all work provided hereunder in a good and workmanlike manner in accordance with professional practices applicable to the work being performed. In the event of a breach of this warranty, Solution Provider agrees to timely engage in the re-performance of such work at no extra charge to any End User until the work performed is in accordance with this warranty.

**9.3 Marketing Materials.** NetSuite warrants to Solution Provider that the information contained in NetSuite generated and authorized marketing materials will be timely, accurate, and complete. In the event of a breach of this warranty, in addition to any other remedies provided under this Agreement, NetSuite agrees to timely provide Solution Provider with current, updated, and/or corrected marketing materials.

**10.    Disclaimer of Warranties.** EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN SECTION 9 THIS AGREEMENT, THE PARTIES SPECIFICALLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND/OR FITNESS FOR A PARTICULAR PURPOSE.

**11.    Limitations of Liability.** EXCEPT FOR BREACHES OF SECTIONS 3.2, 3.4, 3.11 AND 3.12, NEITHER PARTY WILL BE LIABLE FOR ANY LOSS OF USE, LOSS OF DATA, INTERRUPTION OF BUSINESS, DOWNTIME, LOST PROFITS, OR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT PRODUCT LIABILITY, OR OTHERWISE, EVEN IF IT HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES. EXCEPT FOR BREACHES OF SECTIONS 3.2, 3.4, 3.11 AND 3.12, IN NO EVENT WILL EITHER PARTY'S LIABILITY TO THE OTHER UNDER THIS AGREEMENT EXCEED THE TOTAL AMOUNT OF NETSUITE'S PAYMENT OBLIGATIONS TO THE SOLUTION PROVIDER DURING THE 12-MONTH PERIOD IMMEDIATELY PRECEDING THE FIRST DATE AN EVENT GIVING RISE TO SUCH LIABILITY OCCURRED. THE PARTIES ACKNOWLEDGE AND AGREE THAT THIS SECTION IS AN ESSENTIAL ELEMENT OF THE AGREEMENT AND THAT IN ITS ABSENCE; THE ECONOMIC TERMS OF THIS AGREEMENT WOULD BE SUBSTANTIALLY DIFFERENT. THIS SECTION IS SEVERABLE AND SHALL SURVIVE ANY TERMINATION OR EXPIRATION OF THIS AGREEMENT.

**12.    Indemnification.** Solution Provider will indemnify, defend and hold NetSuite harmless from and against any and all costs, liabilities, losses, damages and expenses (including, but not limited to, reasonable attorneys' fees) (collectively, "Losses") arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against NetSuite which arise out of or result from Solution Providers willful, reckless, or negligent acts in preventing unauthorized access to confidential Customer Data, in connection with a claim by a third party alleging a breach of confidentiality, provided that NetSuite (a) promptly gives Solution Provider notice of the claim, suit, action, or proceeding; (b) gives Solution Provider sole control of the defense and related settlement negotiations; and (c) provides Solution

# NetSuite Premier Solution Provider Agreement

Provider with all reasonably necessary non-privileged information and assistance necessary to perform Solution Provider's obligations under this paragraph.

13. **Termination.**

    **13.1 In The Event of Breach.** Either Party may terminate this Agreement upon thirty (30) days written notice to the other Party in the event of a breach of any provision of this Agreement by the other Party, provided that, during the thirty (30) day period, the breaching Party fails to cure such breach.

    **13.2 Solution Provider's Failure to Meet Sales Levels.** NetSuite shall have the right to terminate this Agreement for Solution Provider's failure to meet minimum sales levels as outlined in the Solution Provider Program Guidelines with thirty (30) days notice to Solution Provider.

    **13.3. Bankruptcy.** Either Party may terminate this Agreement if the other Party becomes insolvent, makes any assignment for the benefit of creditors, goes to liquidation or has a receiver or trustee appointed for the benefit of creditors, whether voluntary or otherwise, or seeks the protection of, or has a proceeding instituted against it, under the bankruptcy code, or any similar statute.

    **13.4. Convenience.** Either Party may terminate this Agreement upon giving thirty (30) days written notice to the other Party.

    **13.5. Effect on Payment Obligations.**

    **13.5.1.** *For Convenience:* In the event NetSuite terminates this Agreement for convenience, any revenue earned and/or due to Solution Provider from NetSuite shall be paid to Solution Provider in accordance with Section 4 of this Agreement. In the event that Solution Provider terminates this Agreement for convenience, NetSuite shall have no obligation to pay Solution Provider as of the date of the termination.

    **13.5.2.** *For Breach or Bankruptcy:* Upon termination of this Agreement by NetSuite for Solution Provider's breach of this Agreement, NetSuite shall have no obligation to pay Solution Provider as of the date of the termination.

    **13.6. Effect of Termination on End Users.** After expiration or termination of this Agreement, End Users may enter into arrangements directly with NetSuite or another party to receive any services as necessary to continue to use NetSuite's Products and Services, and these End Users will no longer be considered Solution Provider's End Users.

    **13.7. Effect of Termination on Solution Provider.** Solution Provider acknowledges and understands that in the event that NetSuite receives written instructions from any End User to terminate Solution Provider's access and/or administration rights, it shall have the right to immediately terminate Solution Provider's access and/or administration rights to such End User's account, including without limitation following any communication sent to such End User pursuant to Section 3.4 of this Agreement. Solution Provider further acknowledges and understands that upon termination of this Agreement, Solution Provider will no longer be permitted to promote NetSuite's Products and Services. For avoidance of doubt, such termination shall not prevent Solution Provider from offering its NetSuite related implementation services, business consulting and general consulting services in accordance with the solution providers own internal offerings to End Users.

14. **Miscellaneous.**

    **14.1. Notice.** The Parties agree that all notices that may or must be given under the provisions of this Agreement shall be delivered by email or facsimile or by hand-delivery. Notices to NetSuite shall be directed to billing@netsuite.com. Notices to Solution Provider shall be directed to

# NetSuite Premier Solution Provider Agreement

inquiries@skyytek.com. All notices shall be effective the next business day after sending.

**14.2. Force Majeure.** Neither Party shall be liable for any loss or delay resulting from any force majeure event, including, but not limited to, acts of God, fire, natural disaster, terrorism, labor stoppage, war or military hostilities, criminal acts of third parties, and any payment date or delivery of Service date shall be extended to the extent of any delay resulting from any force majeure event.

**14.3. Assignment.** This Agreement shall inure to benefit and bind the Parties hereto, their successors and assigns, but neither Party may assign this Agreement without written consent of the other, except such consent is not required to the successor of all or substantially all of the assignor's business or assets.

**14.4. Headings.** The headings of the Sections of this Agreement are intended for convenience only, and will not affect the intent, scope, or meaning of any provision of this Agreement.

**14.5. Governing Law.** This Agreement shall be governed in accordance with the laws of the State of California and any controlling U.S. federal law. Any disputes, actions, claims or causes of action arising out of or in connection with this Agreement shall be subject to the exclusive jurisdiction of the state and federal courts located in San Mateo and Santa Clara county California.

**14.6. Integration.** This Agreement (and any Exhibits hereto) represent the entire agreement of the Parties and supercedes all prior discussions and/or agreements between the Parties and is intended to be the final expression of their Agreement. It shall not be modified or amended except in writing signed by both Parties. In the event of an express conflict between the terms of this Agreement and the terms of any Exhibit, the verbiage of this Agreement controls. If any provision is held by a court of competent jurisdiction to be contrary to law, such provision shall be limited or eliminated to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect.

THE UNDERSIGNED REPRESENTS THAT HE/SHE HAS THE REQUISITE AUTHORITY TO ENTER INTO THIS AGREEMENT AS AN AUTHORIZED AGENT OF THE PARTY NOTED BELOW.

**ACKNOWLEDGED AND AGREED:**

| SOLUTION PROVIDER | NETSUITE, INC. |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Print Name: Ray Tetlow | Print Name: Adam Ross |
| Title: CEO | Title: VP, Channel |
| Company: Skyytek Corp | Date: 9/28/05 |
| Date: 9/28/05 | |

**SOLUTION PROVIDER**

Solution Provider's initials in this box ___RT___ indicate that Solution Provider has received, reviewed, and agreed to the terms of the Solution Provider Program Guidelines.

# NetSuite Premier Solution Provider Agreement

## EXHIBIT A

## NETSUITE, INC.

## TERMS OF SERVICE FOR LICENSED DEMONSTRATION ACCOUNTS

1. **Terms of Service.** NetSuite provides Solution Providers with demonstration accounts for the purpose of selling and/or promoting NetSuite's Products and Services to Solution Provider's customers. Solution Provider use of the Service for demonstration purposes is subject to the terms and conditions of the NetSuite Authorized and/or Premier Solution Provider Agreements ("SP Agreement") executed between the Parties <u>and</u> subject to the following terms and conditions in these Terms of Service.

   1.1. **Solution Provider Must Have Internet Access.** In order to use the Service, Solution Provider must have or must obtain access to the World Wide Web, either directly or through devices that access Web-based content and Solution Provider must pay and continue to pay any fees associated with such access. Solution Provider must also provide all equipment necessary to make such (and maintain such) connection to the World Wide Web.

   1.2. **Accuracy Of Solution Provider's Registration Information.** Solution Provider agrees to provide true, accurate, current and complete information ("Registration Data") about Solution Provider as prompted by the registration form when Solution Provider is being provisioned an account. Solution Provider further agrees to maintain and promptly update the Registration Data to keep it true, accurate, current and complete. Solution Provider acknowledges and agrees that if Solution Provider provides any information that is untrue, inaccurate, not current or complete in a material way, or NetSuite has reasonable grounds to believe that such information is untrue, inaccurate, not current or complete in a material way, NetSuite has the right to suspend or terminate Solution Provider's demonstration account.

   1.3. **Passwords, Access, And Notification.** Solution Provider may designate up to the number of users under Solution Provider's demonstration account, which corresponds to the level of Service Solution Provider, is receiving from NetSuite, and Solution Provider may provide and assign unique passwords and user names to each authorized user. Solution Provider will be responsible for the confidentiality and use of Solution Provider's (including its employees') passwords and user names. Solution Provider will also be responsible for all Electronic Communications, including those containing business information, account registration, account holder information, financial information, and all other data of any kind contained within emails or otherwise entered electronically through the Service or under Solution Provider's demonstration account. NetSuite will act as though any Electronic Communications it receives under Solution Provider's passwords, user name, and/or account number will have been sent by Solution Provider. Solution Provider agrees to immediately notify NetSuite if Solution Provider becomes aware of any loss or theft or unauthorized use of any of Solution Provider's passwords, user names, and/or account number.

   1.4. **General Practices Regarding Use Of The Service.** Solution Provider acknowledges that NetSuite may establish and change general practices and limits concerning use of the Service, and additionally in exceptional circumstances, NetSuite may establish limits associated with Solution Provider's usage of the Service. Solution Provider acknowledges that NetSuite reserves the right to restrict Solution Provider's usage of the Service which exceeds limits set by NetSuite. Solution Provider agrees that NetSuite may request Solution Provider to purchase additional services commensurate with Solution Provider's usage and/or data storage or, in the event that Solution Provider refuses to comply with such request, NetSuite may at its option restrict the Service to eliminate the offense and/or terminate Solution Provider's Service in accordance with the SP Agreement.

   1.5. **Third-Party Software.** Solution Provider agrees to use software produced by third parties, including, but not limited to, "browser" software that supports a data security protocol compatible with the protocol used by NetSuite. Until notified otherwise by NetSuite, Solution Provider agrees to use software that supports the Secure Socket Layer (SSL) protocol or other protocols accepted by NetSuite and to follow logon procedures for Services that support such protocols. Solution Provider acknowledges that NetSuite is not responsible for notifying Solution Provider of any upgrades, fixes or enhancements to any such software or for any compromise of data transmitted across computer networks or telecommunications facilities, including, but not limited to, the Internet.

   1.6. **Transmission Of Data.** Solution Provider understands that the technical processing and transmission of Solution Provider's Electronic Communications is fundamentally necessary to Solution Provider's use of the Service. Solution Provider expressly consents to NetSuite's interception and storage of Electronic Communications and/or Solution Provider Data, and Solution Provider acknowledges and understands that

# NetSuite Premier Solution Provider Agreement

Solution Provider's Electronic Communications will involve transmission over the Internet, and over various networks, only part of which may be owned and/or operated by NetSuite. Solution Provider acknowledges and understands that changes to Solution Provider's Electronic Communications may occur in order to conform and adapt such data to the technical requirements of connecting networks or devices. Solution Provider further acknowledges and understands that Electronic Communications may be accessed by unauthorized parties when communicated across the Internet, network communications facilities, telephone, or other electronic means. Solution Provider agrees that NetSuite is not responsible for any Electronic Communications and/or Solution Provider Data which are lost, altered, intercepted or stored without authorization during the transmission of any data whatsoever across networks not owned and/or operated by NetSuite.

**1.7   Confidential Information.** Confidential information shall include any data in any form provided by potential customers or customers of Solution Provider and/or NetSuite, and any information that is clearly identified in writing at the time of disclosure as confidential. Each Party agrees to keep confidential all confidential information disclosed to it by the other Party or a third-party, and to protect the confidentiality thereof in the same manner as it protects the confidentiality of similar information and data of its own (at all times exercising at least a reasonable degree of care in the protection of confidential information). NetSuite will restrict its employees' access to Solution Provider's confidential data to only those NetSuite employees necessary to successfully provide the Service. Confidential information shall not include information which: (1) is known publicly; (2) is generally known in the industry before disclosure; (3) has become known publicly, without fault of the recipient, subsequent to disclosure by the disclosing Party; or (4) has been otherwise lawfully known or received by recipient. Notwithstanding the foregoing, Solution Provider acknowledges and agrees that NetSuite may disclose Solution Provider's confidential information to third parties to the extent necessary to provide Products or Services under the SP Agreement and/or executed License Agreement. This Subsection 1.7 will not be construed to prohibit the disclosure of confidential information to the extent that such disclosure is required by law or order of the court or other governmental authority. The Parties agree to give the other Party prompt notice of the receipt of any subpoena or other similar request for such disclosure.

**1.8.   Solution Provider Program Guidelines.** Solution Provider agrees that NetSuite, in its sole discretion can suspend Solution Provider's demonstration accounts and/or withhold payments to Solution Provider until Solution Provider has executed the SP Agreement and/or initialed that Solution Provider has received, reviewed, and agreed to the Solution Provider Program Guidelines.

2.   NETSUITE DOES NOT REPRESENT THAT SOLUTION PROVIDER'S USE OF THE SERVICE FOR DEMONSTRATION PURPOSES WILL BE SECURE, TIMELY, UNINTERRUPTED OR ERROR-FREE OR THAT THE SERVICE WILL MEET SOLUTION PROVIDER'S REQUIREMENTS OR THAT ALL ERRORS IN THE SERVICE AND/OR DOCUMENTATION WILL BE CORRECTED OR THAT THE SYSTEM THAT MAKES THE SERVICE AVAILABE WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. EXCEPT THOSE SPECIFIED IN THE SP AGREEMENT, THERE ARE NO WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE SERVICE IS PROVIDED TO CUSTOMER ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND IS FOR COMMERCIAL USE ONLY. SOLUTION PROVIDER ASSUMES ALL RESPONSIBILITY FOR DETERMINING WHETHER THE SERVICE OR THE INFORMATION GENERATED THEREBY IS ACCURATE OR SUFFICIENT FOR SOLUTION PROVIDER'S PURPOSES.

**3.   Limitations Of Liability.** SOLUTION PROVIDER ACKNOWLEDGES AND AGREES TO THE LIMITATIONS OF LIABILITY SET FORTH IN THE SP AGREEMENT.