**NETSUITE**
ONE SYSTEM. NO LIMITS.

**Premier Solution Provider
Program Guidelines**

Participation Requirements
1.  Market, sell, and support NetSuite, Inc. applications to end-customers.
2.  Have at least one (1) Certified Implementer on staff within the company.
3.  Dedicate at least one (1) NetSuite Certified Sales Representative to promoting NetSuite applications to end-customer prospects.
4.  Promote NetSuite applications and services on Web site and in marketing materials such as advertisements, printed materials, and direct marketing.
5.  Comply with terms and conditions of the NetSuite Premier Solution Provider Agreement and these Guidelines.
6.  Adhere to the NetSuite Rules of Engagement posted in the Advanced Partner Center (APC) on the SP Tools tab within NetSuite.

Minimum Sales Level – To maintain membership in the program, Premier Solution Provider must have a minimum of six (6) new end-customer sales per year and a minimum of $100,000 USD in gross booked revenue of NetSuite products and services.

Notices Given via E-mail Communication – NetSuite will communicate notice of any changes to the Program Guidelines to the Premier Solution Provider using e-mail. Other communications from NetSuite sent via e-mail include billing notifications, notices of promotions, invitations to events, and any other matters regarding the administration of the program excluding notices with respect to termination of this program. Premier Solution Providers may communicate by e-mail with NetSuite to explain billing discrepancies and to request clarification of any policy or procedure in this document. Premier Solution Provider will provide NetSuite with an e-mail address to receive official communications. Updates to this address should be made as necessary.

Internal Use Suite – As a benefit of the program, each Premier Solution Provider receives a forty percent (40%) discount on products and services for internal use.

Demonstration Accounts – Each Premier Solution Provider receives a minimum of three (3) not-for-resale, non-transferable demonstration accounts to promote NetSuite applications.

End-customer License Agreement – End-customers of Premier Solution Providers are required to sign and execute a NetSuite License Agreement. This License Agreement must include: company name, e-mail address, name of the business application being purchased, terms, purchase amount, due date (if applicable), and payment method. This agreement must be faxed to NetSuite prior to receiving access to the application.

Delivery of NetSuite Applications – NetSuite will send login information to the e-mail address on the License Agreement unless specified otherwise. End-customer company profile must be completed upon initial access to the system.

Membership Fee – This program is by invitation only. A $5,000 initial membership fee includes a NetSuite marketing kit, Advanced Partner Center (APC) access, use of Premier NetSuite Solution Provider logo, co-branded applications for end-customers, NetSuite demonstration accounts, dedicated pre-sales support, and Gold level technical support for client issues.

Sales & Technical Training - Premier Solution Provider agrees to send a minimum of one (1) Implementation personnel to NetSuite's Implementation Training for a training fee of $1,800 per person per class as well as one (1) Sales Representative to NetSuite's Sales Training for a training fee of $500 per person per class.

Professional Service Consultations – For a fee of $500, Premier Solution Providers receive five (5) professional service consultations (maximum of one hour each) to be utilized within the first six (6) months of membership in the program.

 **NETSUITE**
ONE SYSTEM. NO LIMITS.

**Premier Solution Provider**
**Program Guidelines**

Annual Renewal – The membership year for the Premier Solution Provider Program is from February 1st to January 31st. A review will be conducted with the Premier Solution Provider each January to determine their program status for the following year. There is no renewal fee.

Implementation & Sales Training - New Premier Solution Providers are required to attend NetSuite's Implementation Training and Sales Training within sixty (60) days of joining the program. Before attending the Implementation Training, Implementation personnel must complete the prerequisite assessment exam. NetSuite retains the right to terminate this agreement immediately with written notice if training is not completed within the sixty (60) day window.

Use of NetSuite Trademarks - NetSuite does not authorize partner's use of any of the NetSuite branded trademarks (i.e., NetSuite, NetSuite Small Business, NetSuite CRM, NetSuite CRM+, NetERP, NetCommerce, and NetFlex) to promote or use for search engine ranking or ad word purchase. To market on search engines, partners are only authorized to use NetSuite when used in conjunction with the following naming conventions-NetSuite Implementer, NetSuite Provider, NetSuite Solution Provider, NetSuite Premier Solution Provider, NetSuite Partner, NetSuite Consultant, and NetSuite Business Partner.

Technical Support – Certified Implementers of Premier Solution Providers will receive Gold Technical Support to be used for client issues only. Premier Solution Providers can purchase NetSuite support packages at a thirty percent (30%) discount for their own internal use NetSuite system.

Co-op Marketing Funds – Co-operative (Co-op) funds are accumulated at a rate of five percent (5%) of the total amount of net referred revenue within the quarter (net = total partner revenue collected – partner revenue share). Co-op marketing funds are calculated quarterly and are available for NetSuite approved marketing activities. Premier Solution Provider must secure approval for use of funds prior to the event. Funds are made available thirty (30) days after the end of the quarter. Unused Co-op funds will expire after six (6) months from original grant date. Reimbursement claims are due no later than thirty (30) days after the activity. A check will be mailed for the amount of approved reimbursement.

Premier Solution Provider Revenue Share – Premier Solution Providers will receive a revenue share of thirty percent (30%) of all eligible products based on NetSuite's suggested pricing. At no time during the term of the executed NetSuite SP agreement will the revenue share drop below 30% for New, Up Sell and renewal revenue. NetSuite will disburse earned and approved revenue share payments to Solution Provider by the fifteenth (15th) of the month subsequent to the month in which NetSuite has received and booked customer payment. Additional revenue share can be earned based on revenue band attained for new license and up-sell revenue within the calendar year as stated in the below chart. Renewal revenue does not qualify for tier achievement. Member status will be reviewed on a quarterly basis, so Solution Providers can move to the next level of margin four (4) times a year, but the margin level will not be decreased within the year giving the Solution Provider an entire year to maintain member status. Solution Providers will receive the attained level of margin on all new license business and up-sells until the next review period. Note: Partners must qualify annually for their member status.

| Member Status | Revenue Bands | Available Margin |
|---|---|---|
| Program Member | $1-250,000 | 30% |
| ✰ ✰ - 2 Star Member | $250,001-$500,000 | 35% |
| ✰ ✰ ✰ - 3 Star Member | $500,001-750,000 | 40% |
| ✰ ✰ ✰ ✰- 4 Star Member | $750,001-$1M | 45% |
| ✰ ✰ ✰ ✰ ✰ - 5 Star Member | Over $1M | 50% |

 **NETSUITE**
ONE SYSTEM. NO LIMITS.

**Premier Solution Provider**
**Program Guidelines**

Premier Solution Providers will receive thirty percent (30%) revenue share on renewals and fifteen percent (15%) on services and support fees. Certified Implementers and Consultants affiliated with Premier Solution Providers are ineligible for any revenue share.

<u>Additional Payment Obligation</u> – Any additional payment obligation of NetSuite to the Premier Solution Provider must be agreed to in writing and authorized by a NetSuite VP or Officer.

| Products Available for Representation | | |
| --- | --- | --- |
| **Products** | **Add-ons** | **Services & Support** |
| NetSuite | Additional Users, Offline Users, Advanced Partner Center Users, Employee Center, Incentive Compensation, Online Bill Pay, Direct Deposit, EFT, File Cabinet Space, Mail Merge E-mails, Marketing Campaigns, Web Store Items, Web Store/Site Bandwidth, NetCommerce Analytics, NetCommerce Site Builder, Advanced Inventory, Advanced Financials, Revenue Recognition, Consolidated Company Accounts, Web Services Records, Advanced Analytics, and Dedicated Server. | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, Advanced Admin Training, and Single Sign-on. |
| NetSuite Small Business | Additional Users, Employee Center, Online Bill Payments, Direct Deposit, EFT, File Cabinet Space, Web Store/Site Items, Web Store/Site Bandwidth, Web Services Records, and Shipping | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, and Advanced Admin Training. |
| NetSuite CRM | Additional Users, Offline Users, Employee Center, Incentive Compensation, File Cabinet Space, Mail Merge E-mails, Marketing Campaigns, Web Services Records, Advanced Analytics, and Dedicated Server. | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, and Advanced Admin Training. |
| NetSuite CRM+ | Additional Users, Offline Users, Advanced Partner Center Users, Employee Center, Incentive Compensation, File Cabinet Space, Mail Merge E-mails, Marketing Campaigns, Web Store Items, Web Store/Site Bandwidth, NetCommerce Analytics, NetCommerce Site Builder, Web Services Records, Advanced Analytics, and Dedicated Server. | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, and Advanced Admin Training |

 **Premier Solution Provider**
**Program Guidelines**

THE UNDERSIGNED REPRESENTS THAT HE/SHE HAS THE REQUISITE AUTHORITY TO ENTER INTO THIS AGREEMENT AS AN AUTHORIZED AGENT OF THE PARTY NOTED BELOW.

### ACKNOWLEDGED AND AGREED:

**SOLUTION PROVIDER**                                  **NETSUITE, INC.**

**By:** _____        **By:** _____

**Print Name:** _____        **Print Name:** _____

**Title:** _____        **Title:** _____

**Company:** _____        **Date:** _____

**Date:** _____

**SOLUTION PROVIDER**

Solution Provider's initials in this box _____ indicate that Solution Provider has received, reviewed, and agreed to the terms of the Solution Provider Program Guidelines.