**EXHIBIT B**



# NETSUITE SOLUTION PROVIDER
# PROGRAM GUIDELINES

Participation Requirements
1. Market, sell, and support NetSuite, Inc. applications to end-customers.
2. Have at least one (1) Certified Implementer on staff within the company.
3. Dedicate at least one (1) NetSuite Certified Sales Representative to promoting NetSuite applications to end-customer prospects.
4. Promote NetSuite applications and services on Web site and in marketing materials such as advertisements, printed materials, and direct marketing.
5. Comply with terms and conditions of the NetSuite Solution Provider Agreement and these Guidelines.
6. Adhere to the NetSuite Rules of Engagement posted in the Advanced Partner Center (APC) on the SP Tools tab within NetSuite.

Minimum Sales Level – To maintain membership in the program, Solution Provider must have a minimum of six (6) new end-customer sales per year and a minimum of $100,000 USD in gross booked revenue of NetSuite products and services.

Notices Given via E-mail Communication – NetSuite will communicate notice of any changes to the Program Guidelines to the Solution Provider using e-mail. Other communications from NetSuite sent via e-mail include billing notifications, notices of promotions, invitations to events, and any other matters regarding the administration of the program excluding notices with respect to termination of this program. Solution Providers may communicate by e-mail with NetSuite to explain billing discrepancies and to request clarification of any policy or procedure in this document. Solution Provider will provide NetSuite with an e-mail address to receive official communications. Updates to this address should be made as necessary.

End-customer License Agreement – End-customers of Solution Providers are required to sign and execute a NetSuite License Agreement. This License Agreement must include: company name, subscription start and end dates, payment terms, purchase amount and payment method. A signed copy of this agreement must be in NetSuite's possession prior to receiving access to the application.

Delivery of NetSuite Applications – NetSuite will send login information to the e-mail address on the License Agreement unless specified otherwise. End-customer company profile must be completed upon initial access to the system.

Membership Fee – This program is by invitation only. A $5,000 initial membership fee includes an internal-use NetSuite Suite with any desired modules, a NetSuite marketing kit, Advanced Partner Center (APC) access, use of NetSuite Solution Provider logo, NetSuite demonstration accounts, dedicated pre-sales support, and Gold level technical support for client issues.

Sales & Technical Training - Solution Provider agrees to send a minimum of one (1) Implementation personnel to NetSuite's Advanced Product Training for a training fee of $1,800 per person per class as well as one (1) Sales Representative to NetSuite's Sales Training for a training fee of $500 per person per class.



Professional Service Consultations – For a fee of $500, Solution Providers receive five (5) professional service consultations (maximum of one hour each) to be utilized within the first six (6) months of membership in the program.

Annual Renewal – A review will be conducted with Solution Provider each January to determine their program status for the following year. The current annual program renewal fee is $5,000.

Implementation & Sales Training - New Solution Providers are required to attend NetSuite's Advanced Product Training and Sales Training within sixty (60) days of joining the program. Before attending the Advanced Product Training, Implementation personnel must complete the prerequisite assessment exam. NetSuite retains the right to terminate this agreement immediately with written notice if training is not completed within the sixty (60) day window.

Use of NetSuite Trademarks - NetSuite does not authorize Solution Provider's use of any of the NetSuite branded trademarks (i.e., NetSuite, NetSuite Small Business, NetSuite CRM, NetSuite CRM+, NetERP, NetCommerce, and NetFlex) to promote or use for search engine ranking or ad word purchase or as part of a trade name, business name or Internet domain name. To market on search engines, Solution Providers are only authorized to use NetSuite when used in conjunction with the following naming conventions- NetSuite Implementer, NetSuite Provider, NetSuite Solution Provider, NetSuite Premier Solution Provider, NetSuite Partner, NetSuite Consultant, NetSuite Business Partner.

Technical Support – Certified Implementers of Solution Providers will receive Gold Technical Support to be used for client issues only. Solution Providers can purchase NetSuite support packages at a fifteen percent (15%) discount for their own internal use NetSuite system.

Co-op Marketing Funds – Co-operative (Co-op) funds are accumulated at a rate of five percent (5%) of the total amount of net new business and upsell revenue within the quarter (net = total Solution Provider revenue collected – Solution Provider revenue share). Co-op marketing funds are calculated quarterly and are available for NetSuite approved marketing activities. Solution Provider must secure approval for use of funds prior to the event. Funds are made available thirty (30) days after the end of the quarter. Unused Co-op funds will expire after six (6) months from original grant date. Reimbursement claims are due no later than thirty (30) days after the activity. A check will be mailed for the amount of approved reimbursement.

Transaction Classes – For clarification purposes, and purposes relating to revenue share attainment, NetSuite classifies all transactions in one of four (4) classes. The definition of those classes is as follows:

- "New Business" is defined as the license revenue associated with the initial entry of an end-customer into a NetSuite License Agreement.
- "Add-on/Up-sell Business" is defined as the license revenue associated with an end-customer under an existing License Agreement that adds additional services to their existing agreement.
- "Renewal Business" is defined as the license revenue associated with an end-customer renewing an existing License Agreement scheduled for expiration.
- "Extended Term" is defined as the license revenue associated with an end-customer renewing an existing License Agreement scheduled for expiration for a term greater or equal to 24 months.





Solution Provider Revenue Share – Solution Providers will receive a revenue share on all eligible products based on NetSuite's suggested pricing. NetSuite will disburse earned and approved revenue share payments to Solution Provider by the fifteenth (15th) of the month subsequent to the month in which NetSuite has received and booked customer payment.

Revenue share level is earned based on revenue band attained for new license and add-on/up-sell revenue within the calendar year as stated in the below chart. Renewal and Extended Term Renewal revenue does not qualify for tier achievement. Member status will be reviewed on a quarterly basis, allowing Solution Providers the opportunity to move to the next level of margin four (4) times a year, but the margin level will not be decreased within the year giving the Solution Provider an entire year to maintain member status. Solution Providers will receive the attained level of margin on all new license business and up-sells until the next review period. Note: Solution Providers must qualify annually for their member status.

| Member Status | Revenue Bands | New Business/Upsell Margin | Renewal Margin |
|---|---|---|---|
| Member | $1-$99,999 | 20% | 20% |
| Premier Member | $100,000-249,999 | 30% | 30% |
| ☆☆ - 2 Star Member | $250,000-$499,999 | 35% | 30% |
| ☆☆☆ - 3 Star Member | $500,000-749,999 | 40% | 30% |
| ☆☆☆☆ - 4 Star Member | $750,000-$999,999 | 45% | 30% |
| ☆☆☆☆☆ - 5 Star Member | $1M and Over | 50% | 30% |

Professional Services and Support fees will be paid at fifteen percent (15%) on new business, upsell/add-on, and renewal transactions. Extended term renewals are discouraged and should not be offered without written permission from a NetSuite VP or Officer. No revenue share will be paid on unauthorized extended term renewals. Certified Implementers and Consultants affiliated with Solution Providers are ineligible for any revenue share.

Internal Use Suite – As a benefit of the program, each Solution Provider receives a single, not-for-resale, non-transferable instance of the NetSuite product, including all desired add-on modules. Users for this Suite can be earned based upon tier achievement, detailed below:

| Member Status | Free Internal-Use User |
|---|---|
| Member | No Free Users |
| Premier Member | 5 Free Users |
| ☆☆ - 2 Star Member | 10 Free Users |
| ☆☆☆ - 3 Star Member | 15 Free Users |
| ☆☆☆☆ - 4 Star Member | 20 Free Users |
| ☆☆☆☆☆ - 5 Star Member | 25 Free Users |

Additional users can be purchased at MSRP less Solution Provider earned margin for this internal-use instance.




<u>Demonstration Accounts</u> – Each Solution Provider receives a minimum of three (3) not-for-resale, non-transferable demonstration accounts to promote NetSuite applications.

<u>Additional Payment Obligation</u> – Any additional payment obligation of NetSuite to the Solution Provider must be agreed to in writing and authorized by a NetSuite VP or Officer.

<u>Star Awards</u> – Top producing solution providers will be recognized for their achievement with Annual Star Awards, which will be awarded to the top ten solution providers each January based on total billings from new and up-sell transactions during the previous calendar year (January 1 through December 31).

| Products Available for Representation | | |
|---|---|---|
| **Products** | **Add-ons** | **Services & Support** |
| NetSuite | Additional Users, Offline Users, Advanced Partner Center Users, Employee Center, Incentive Compensation, Online Bill Pay, Direct Deposit, EFT, File Cabinet Space, Mail Merge E-mails, Marketing Campaigns, Web Store Items, Web Store/Site Bandwidth, NetCommerce Analytics, NetCommerce Site Builder, Advanced Inventory, Advanced Financials, Revenue Recognition, Consolidated Company Accounts, Web Services Records, Advanced Analytics, and Dedicated Server. | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, Advanced Admin Training, and Single Sign-on. |
| NetSuite Small Business | Additional Users, Employee Center, Online Bill Payments, Direct Deposit, EFT, File Cabinet Space, Web Store/Site Items, Web Store/Site Bandwidth, Web Services Records, and Shipping | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, and Advanced Admin Training. |
| NetSuite CRM | Additional Users, Offline Users, Employee Center, Incentive Compensation, File Cabinet Space, Mail Merge E-mails, Marketing Campaigns, Web Services Records, Advanced Analytics, and Dedicated Server. | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, and Advanced Admin Training. |
| NetSuite CRM+ | Additional Users, Offline Users, Advanced Partner Center Users, Employee Center, Incentive Compensation, File Cabinet Space, Mail Merge E-mails, Marketing Campaigns, Web Store Items, Web Store/Site Bandwidth, NetCommerce Analytics, NetCommerce Site Builder, Web Services Records, Advanced Analytics, and Dedicated Server. | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, and Advanced Admin Training |