**EXHIBIT C**



# NETSUITE SOLUTION PROVIDER
# PROGRAM GUIDELINES

Participation Requirements
1. Market, promote, and support the sale, implementation and use of NetSuite, Inc. applications to end-customers.
2. Have at least one (1) trained Implementer on staff within the company.
3. Dedicate at least one (1) NetSuite Sales Representative to promoting NetSuite applications to end-customer prospects.
4. Promote NetSuite applications and services on Web site and in marketing materials such as advertisements, printed materials, and direct marketing.
5. Comply with terms and conditions of the NetSuite Solution Provider Agreement and these Guidelines.
6. Adhere to the NetSuite Rules of Engagement posted in the Advanced Partner Center (APC) on the SP Tools tab within NetSuite.

Minimum Sales Level – To maintain membership in the program, Solution Provider must have attained a minimum of four (4) new NetSuite end-customer sales per year and a minimum of $100,000 USD in NetSuite gross booked revenue of NetSuite products and services.

Notices Given via E-mail Communication – NetSuite will communicate notice of any changes to the Program Guidelines to the Solution Provider using e-mail. Other communications from NetSuite sent via e-mail include billing notifications, notices of promotions, invitations to events, and any other matters regarding the administration of the program excluding notices with respect to termination of this program. Solution Providers may communicate by e-mail with NetSuite to explain billing discrepancies and to request clarification of any policy or procedure in this document. Solution Provider will provide NetSuite with an e-mail address to receive official communications. Updates to this address should be made as necessary.

End-customer Subscription Services Agreement – NetSuite end-customers referred by Solution Providers through the Solution Provider program are required to sign and execute a NetSuite Subscription Services Agreement ("Services Agreement"). This Services Agreement must include: an Estimate, company name, contact email address, subscription start and end dates, payment terms, purchase amount and payment method. A signed copy of this agreement must be in NetSuite's possession prior to receiving access to the NetSuite application.

Delivery of NetSuite Applications – NetSuite will send login information to the e-mail address on the Services Agreement unless specified otherwise. End-customer company profile must be completed upon initial access to the system.

Membership Fee – This program is by invitation only. A $5,000 initial membership fee includes an internal-use NetSuite Suite with any desired modules, a NetSuite marketing kit, Advanced Partner Center (APC) access, use of NetSuite Solution Provider logo, NetSuite demonstration accounts, dedicated pre-sales support, and Gold level technical support for client issues.

Sales & Technical Training - Solution Provider agrees to send a minimum of one (1) Implementation personnel to NetSuite's Advanced Product Training for a training fee of $1,800 per person per class as well as one (1) Sales Representative to NetSuite's Sales Training for a training fee of $500 per person per class.




<u>Annual Renewal</u> – A review will be conducted with Solution Provider annually to determine their program status for the following year. The current annual program renewal fee is $5,000.

<u>Product & Sales Training</u> - New Solution Providers are required to attend NetSuite's Advanced Product Training and Sales Training within ninety (90) days of joining the program. Before attending the Advanced Product Training, Implementation personnel must have a working knowledge of the NetSuite application, its features, functions and usage. NetSuite retains the right to terminate this agreement immediately with written notice if training is not completed within the ninety (90) day window.

<u>Technical Support</u> – Trained Implementers of Solution Providers will receive Gold Technical Support to be used for client issues only.  Solution Providers can purchase NetSuite support packages at a fifteen percent (15%) discount for their own internal use NetSuite system.

<u>Transaction Classes</u> – For clarification purposes, and purposes relating to revenue share attainment, NetSuite classifies all transactions in one of four (4) classes.  The definition of those classes is as follows:

- "New Business" is defined as the license revenue associated with the initial entry of an end-customer into a NetSuite Services Agreement.
- "Add-on/Up-sell Business" is defined as the license revenue associated with an end-customer under an existing NetSuite Services Agreement or License Agreement that adds additional services to their existing agreement.
- "Renewal Business" is defined as the license revenue associated with an end-customer renewing an existing NetSuite Services Agreement or License Agreement scheduled for expiration.
- "Extended Term" is defined as the license revenue associated with an end-customer renewing an existing NetSuite Services Agreement or License Agreement scheduled for expiration for a term greater or equal to 24 months.

<u>Co-op Marketing Funds</u> – Co-operative (Co-op) funds are accumulated at a rate of five percent (5%) of the total amount of net new business and upsell revenue within the quarter (net = total Solution Provider revenue collected – Solution Provider revenue share). Co-op marketing funds are calculated monthly and are available for NetSuite approved marketing activities.  Solution Provider must secure pre-approval for use of funds prior to the event. Unused Co-op funds will expire after twelve (12) months from original grant date. Reimbursement claims are due no later than thirty (30) days after the activity. For more information on the program, please reference the Co-op Program Guidelines available via the SP Tools tab under the NetSuite APC.

The provided guidelines regarding trademarks and paid search advertising are (i) subject to the license granted to Solution Provider in the Solution Provider Agreement and (ii) a trial policy and NetSuite reserves the right to change these policies at any time.

<u>General Advertising</u>
1. When using the term NetSuite, it must be spelled with a capital N and S.
2. All ad copy and publicly facing material should make it clear that, as a Solution Provider, you are an independent, external partner and may not include deceptive text leading potential customers to think the ad is from or sponsored by NetSuite.  All ad, web site, search engine tags, or any other marketing presentation should make it clear you are an independent external consultant / solution provider / business expert / technology software expert and we recommend you focus on the benefits of this: objective advice, local presence, industry solutions, recommend a software solution that is right for your business, assist with implementation and customization, offer training, etc.



<u>Use of NetSuite Trademarks in Paid Search Advertising</u> - Solution Providers must clearly state in the text used for their online or paid search ads that they are a NetSuite provider.

Paid Keyword
1. On a trial basis, NetSuite now authorizes a Solution Provider to use the NetSuite branded trademarks (i.e., NetSuite, NetSuite Small Business, NetSuite CRM, NetSuite CRM+, NetERP, NetCommerce, and SuiteFlex) for search engine ranking or paid search purchase if they comply with the following guidelines.
2. To market on the search engines, Solution Providers must clearly identify themselves as NetSuite partners or Solution Providers, and may not in any way give the appearance that they are NetSuite and/or may not represent themselves as the 'official' NetSuite site. All paid keyword ads should make it clear you are an independent external consultant / solution provider / business expert / technology software expert and we recommend you focus on the benefits of this: objective advice, local presence, industry solution, recommend a software solution that is right for your business, assist with implementation and customization, offer training, etc. In order to do this, Solution Providers may use the following phrases in their ads to clearly denote that they are a NetSuite partner: NetSuite Implementer, NetSuite Provider, NetSuite Solution Provider, NetSuite Premier Solution Provider, NetSuite Partner, NetSuite Consultant, or NetSuite Business Partner. Examples of 'Unacceptable Paid Keywords':
    a. Purchase NetSuite – Buy the Right NetSuite Solution for Your Business and Budget www.CompanyX.com
    b. NetSuite World class CRM & ERP solution from $99 per month. Try it for free now! www.CompanyX.com/NetSuite
   Examples of 'Acceptable Paid Keywords':
    c. NetSuite Expertise – We Configure, Customize and Train NetSuite: Success From Experience – www.CompanyX.com
    d. NetSuite Interest? – Providing independent advice and service for online business systems – www.CompanyX.com
3. Additionally, at no time may a Solution Provider's paid search ad be ranked above NetSuite's on paid search advertising (i.e. Yahoo Search Marketing, Google, etc).
4. When using the term NetSuite in any pay-per-click advertisement or landing page, NetSuite must be spelled with a capital N and S.
5. Paid keyword landing pages must state clearly and noticeably that they are a partner of NetSuite and not mislead customer in to thinking they are NetSuite and/or are the exclusive / preferred NetSuite partner.
6. The actual URL in paid keyword ads should match the display URL you show in the ad.
7. Example of an 'Unacceptable Advertisement': www.NetSuite.net.au is the display URL for this ad and destination URL is http://ctobs.com

Domains URLs
1. Solution Providers primary domain can not include the trademark term NetSuite (or any other NetSuite product name) in it. You can include NetSuite trademark in a sub domain (www.CompanyX.com/NetSuite).

Solution Providers may not purchase or contract with any marketing firm to buy any domain names with the term NetSuite (or another NetSuite product name) in it and they may redirect traffic to your website with this domain. If you have done this, you must notify NetSuite and you will be responsible for arranging to have this transferred to NetSuite at no cost to NetSuite.



Natural Search
1. All web site copy should be clear that Solution Providers are an independent, external partner and may not have deceptive text leading potential customers or web crawlers to think the site is an official representative of NetSuite. All web site copy and images should make it clear you are an independent external consultant / solution provider / business expert / technology software expert and focus on the benefits of this: objective advice, local presence, industry solutions, recommend a solution that is right for your business, assist with implementation and customization, offer training, etc.
2. All Meta Tags within the website must state they are a partner or preferred partner of NetSuite without any ambiguity.
3. The term 'NetSuite' (or another NetSuite product name) can not be the first word in the title tag.
4. The tags should not mislead potential customers nor the Search crawlers in to thinking that the site is an official representative of NetSuite.

Social Media
- Solution Providers primary screen name/username/login can not include the trademark term NetSuite (or any other NetSuite product name) in it.

Solution Provider Revenue Share – Solution Providers will receive a revenue share on all eligible products based on NetSuite's suggested pricing. NetSuite will disburse earned and approved revenue share payments to Solution Provider by the fifteenth (15th) of the month subsequent to the month in which NetSuite has received and booked customer payment.

Revenue share level is earned based on revenue band attained for new license and add-on/up-sell revenue within the calendar year as stated in the below chart. Renewal and Extended Term Renewal revenue does not qualify for tier achievement. Member status will be reviewed on a quarterly basis, allowing Solution Providers the opportunity to move to the next level of margin four (4) times a year, but the margin level will not be decreased within the year giving the Solution Provider an entire year to maintain member status. Solution Providers will receive the attained level of margin on all new license business and up-sells until the next review period. Note: Solution Providers must qualify annually for their member status.

| Member Status | Revenue Bands | New Business/Upsell Margin | Renewal Margin |
|---|---|---|---|
| Member | $1-$99,999 | 20% | 20% |
| Premier Member | $100,000-249,999 | 30% | 30% |
| ☆☆ - 2 Star Member | $250,000-$499,999 | 35% | 30% |
| ☆☆☆ - 3 Star Member | $500,000-749,999 | 40% | 30% |
| ☆☆☆☆ - 4 Star Member | $750,000-$999,999 | 45% | 30% |
| ☆☆☆☆☆ - 5 Star Member | $1M and Over | 50% | 30% |

Professional Services and Support fees will be paid at fifteen percent (15%) on new business, upsell/add-on, and renewal transactions. Extended term renewals are discouraged and should not be offered without written permission from a NetSuite VP or Officer. No revenue share will be paid on unauthorized extended term renewals. Implementers and Consultants affiliated with Solution Providers are ineligible for any revenue share.



Internal Use Suite – As a benefit of the program and subject to the execution of a NetSuite Subscription Services Agreement, each Solution Provider receives a single, not-for-resale, non-transferable instance of the NetSuite product, including all desired add-on modules. Users for this Suite can be earned based upon tier achievement, detailed below:

| Member Status | Free Internal-Use User |
|---|---|
| Member | No Free Users |
| Premier Member | 5 Free Users |
| ☆☆ - 2 Star Member | 10 Free Users |
| ☆☆☆ - 3 Star Member | 15 Free Users |
| ☆☆☆☆ - 4 Star Member | 20 Free Users |
| ☆☆☆☆☆ - 5 Star Member | 25 Free Users |

Additional users can be purchased at MSRP less Solution Provider earned margin for this internal-use instance.

Demonstration Accounts – Each Solution Provider receives a minimum of three (3) not-for-resale, non-transferable demonstration accounts to promote NetSuite applications.

Additional Payment Obligation – Any additional payment obligation of NetSuite to the Solution Provider must be agreed to in writing and authorized by a NetSuite VP or Officer.

Star Awards – Top producing Solution Providers will be recognized for their achievement with Annual Star Awards, which will be awarded to the top Solution Providers each January based on total billings from new and up-sell transactions during the previous calendar year (January 1 through December 31).

| Products Available for Representation | | |
|---|---|---|
| Products | Add-ons | Services & Support |
| NetSuite | Additional Users, Offline Users, Advanced Partner Center Users, Employee Center, Incentive Compensation, Online Bill Pay, Direct Deposit, EFT, File Cabinet Space, Mail Merge E-mails, Marketing Campaigns, Web Store Items, Web Store/Site Bandwidth, NetCommerce Analytics, NetCommerce Site Builder, Advanced Inventory, Advanced Financials, Revenue Recognition, Consolidated Company Accounts, Web Services Records, Advanced Analytics, and Dedicated Server. | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, Advanced Admin Training, and Single Sign-on. |
| NetSuite Small Business | Additional Users, Employee Center, Online Bill Payments, Direct Deposit, EFT, File Cabinet Space, Web Store/Site Items, Web Store/Site Bandwidth, Web Services Records, and Shipping | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, and Advanced Admin Training. |
| NetSuite CRM | Additional Users, Offline Users, Employee Center, Incentive Compensation, File Cabinet Space, Mail Merge E-mails, Marketing Campaigns, Web Services Records, Advanced Analytics, and Dedicated Server. | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, and Advanced Admin Training. |
| NetSuite CRM+ | Additional Users, Offline Users, Advanced Partner Center Users, Employee Center, Incentive Compensation, File Cabinet Space, Mail Merge E-mails, Marketing Campaigns, Web Store Items, Web Store/Site Bandwidth, NetCommerce Analytics, NetCommerce Site Builder, Web Services Records, Advanced Analytics, and Dedicated Server. | Gold & Silver Support Packages, QuickBooks Imports, Data Imports, Online Training, Custom Training, and Advanced Admin Training |