1  TIMOTHY C. WILLIAMS, ESQ., SBN 128520
   D. ALEXANDER FLOUM, ESQ. SBN 152287
2  THE WILLIAMS FIRM
   1850 Mt. Diablo Blvd., Suite 340
3  Walnut Creek, California  94596
   Telephone: (925) 933-9800
4  Facsimile:  (925) 933-9810
   Email: afloum@williams-firm.com
5
   Attorneys for Plaintiff and Counter-Defendant
6  SKYYTEK CORPORATION, a Florida corporation

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11

12 | SKYYTEK CORPORATION, a Florida corporation, | ) CASE NO: **5:09-cv-00594-HRL** |
|---|---|
|  | ) |
|  Plaintiff, | ) **JOINT STIPULATION EXTENDING SKYYTEK CORPORATION'S TIME TO RESPOND TO NETSUITE, INC.'S COUNTERCLAIMS** |
| vs. | ) |
| NETSUITE INC., a Delaware corporation, and DOES 1 through 100, inclusive, | ) **DEMAND FOR JURY TRIAL** |
|  | ) Complaint |
| Defendants. | ) Filed:       February 10, 2009 |
|  | ) Trial Date:  Not Set |
|  | ) Discovery |
| NETSUITE INC., a Delaware corporation | ) Cut Off Date: Not Set |
|  | ) |
| Counter-Claimant, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| SKYYTEK CORPORATION, a Florida corporation, | ) |
|  | ) |
| Counter-Defendant, | ) |

26

27

28

Stipulation To Extend Time – 5:09-cv-00594-HRL

1

## JOINT STIPULATION EXTENDING COUNTER-DEFENDANT SKYYTEK CORPORATION'S TIME TO RESPOND TO COUNTER-CLAIMANT NETSUITE, INC.'S COUNTERCLAIMS

Counter-claimant NetSuite, Inc. ("NetSuite") and counter-defendant Skyytek Corporation ("Skyytek") (collectively, the "Parties"), by and through their respective counsel, recognize, and agree as follow:

1. NetSuite filed its counterclaims in this matter against Skyytek on or about March 14, 2009 ("Counterclaims"); and

2. NetSuite caused the Counterclaims to be served on Skyytek, through its attorneys on March 14, 2009 ("Service Date"); and

3. The Parties have entered into meaningful settlement negotiations; and

4. On or about April 3, 2009, in light of the Parties' settlement negotiations, NetSuite agreed to extend the time for Skyytek to answer the Counterclaims to May 3, 2009 and the Parties so stipulated; and

5. On or about May 1, 2009, in light of the Parties' continuing settlement negotiations, NetSuite offered to extend the time for Skyytek to answer the Counterclaims to June 2, 2009 and the Parties so stipulated; and

6. On or about June 1, 2009, in light of the Parties' continuing settlement negotiations, NetSuite offered to extend the time for Skyytek to answer the Counterclaims to July 2, 2009 ("Extension");

7. The deadline for Skyytek to answer NetSuite's Counterclaims has not passed; and

8. The Extension will not alter the date of any event or any deadline already fixed by Court order.

**NOW THEREFORE**, pursuant to the United States District Court for the Northern District of California's Civil Local Rule 6-1(a), NetSuite and Skyytek hereto, by and through their respective counsel, stipulate and agree that Skyytek's deadline to answer NetSuite's Counterclaims will be July 2, 2009.

**IT IS SO STIPULATED.**

1 | Dated: June __1__, 2009

MCMAHON SEREPCA LLP

_____
Pamela L. Kelly, Esq.
Attorneys for Defendant/Cross-Claimant
NETSUITE, INC.

8 | Dated: June __/__, 2009

THE WILLIAMS FIRM

_____
D. Alexander Floum, Esq.
Attorneys for Plaintiff/Cross-Defendant
SKYYTEK CORPORATION

