1  TIMOTHY C. WILLIAMS, ESQ., SBN 128520
   D. ALEXANDER FLOUM, ESQ. SBN 152287
2  THE WILLIAMS FIRM
   1850 Mt. Diablo Blvd., Suite 340
3  Walnut Creek, California  94596
   Telephone: (925) 933-9800
4  Facsimile:  (925) 933-9810
   Email: afloum@williams-firm.com
5
   Attorneys for Plaintiff and Counter-Defendant
6  SKYYTEK CORPORATION, a Florida corporation

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | SKYYTEK CORPORATION, a Florida | ) | CASE NO: **5:09-cv-00594-HRL** |
13 | corporation, | ) | |
   | | ) | **SKYYTEK CORPORATION AND** |
14 | Plaintiff, | ) | **NETSUITE INC'S JOINT NOTICE** |
   | | ) | **OF PENDING SETTLEMENT** |
15 | vs. | ) | |
   | | ) | Complaint |
16 | NETSUITE INC., a Delaware corporation, | ) | Filed:         February 10, 2009 |
17 | and DOES 1 through 100, inclusive, | ) | Cross-Claims |
   | | ) | Filed:         March 14, 2009 |
18 | Defendants. | ) | Trial Date:    Not Set |
19 | | ) | Discovery |
   | | ) | Cut Off Date:  Not Set |
20 | NETSUITE INC., a Delaware corporation | ) | |
21 | Counter-Claimant, | ) | |
22 | vs. | ) | |
23 | | ) | |
24 | SKYYTEK CORPORATION, a Florida corporation, | ) | |
25 | Counter-Defendant, | ) | |
26 | | ) | |

27

28

Joint Notice of Pending Settlement – 5:09-cv-00594-HRL

1

## SKYYTEK CORPORATION AND NETSUITE INC'S JOINT NOTICE OF PENDING SETTLEMENT

Complainant and counter-defendant Skyytek Corporation ("Skyytek") and defendant and counter-claimant NetSuite Inc. ("NetSuite") (collectively, the "Parties") are on the verge of settlement and expect to dismiss their respective claims within 30 days. If the Parties are unable to agree to the final words of the settlement agreement that is on its fourth draft between the Parties, the Parties will immediately submit a Joint Case Management Statement before the scheduled case management conference.

Dated: June 9, 2009

MCMAHON SEREPCA LLP

_____
Pamela L. Kelly, Esq.
Attorneys for Defendant/Cross-Claimant
NETSUITE, INC.

Dated: June 9, 2009

THE WILLIAMS FIRM

_____
D. Alexander Floum, Esq.
Attorneys for Plaintiff/Cross-Defendant
SKYYTEK CORPORATION

