**\*E-FILED 6/10/2009\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYYTEK CORPORATION, | No. C09-00594 HRL |
| Plaintiff, | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NETSUITE, INC., | |
| Defendant. / | |
| NETSUITE, INC., | |
| Counterclaimant, | |
| v. | |
| SKYYTEK CORPORATION, | |
| Counterdefendant. / | |

PLEASE TAKE NOTICE THAT, in view of the parties' notice of impending settlement, the case management conference set for June 16, 2009 has been **continued to July 14, 2009, 1:30 p.m. in Courtroom 2**, United States District Court, 280 South First Street, San Jose, California. If the matter does not settle, the parties' joint case management statement shall be filed by **July 7, 2009**.

Dated:   June 10, 2009

/s/
Chambers of Magistrate Judge Howard R. Lloyd

1  **5:09-cv-00594-HRL Notice has been electronically mailed to:**

2  D. Alexander Floum afloum@williams-firm.com

3  Peter Collins McMahon peter@msllp.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.