Timothy C. Williams, Esq., SBN 128520
D. Alexander Floum, Esq., SBN 152287
THE WILLIAMS FIRM
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, California 94596
Telephone: (925) 933-9800
Facsimile: (925) 933-9810
Email: afloum@williams-firm.com

Attorneys for Plaintiff,
SKYYTEK CORPORATION, a Florida corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKYYTEK CORPORATION, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETSUITE INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 5:09-cv-00594-HRL<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire above-

-1-
STIPULATION OF DISMISSAL

described action, including the complaint and all counterclaims, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS HEREBY FURTHER STIPULATED that each party shall bear its own costs and attorneys fees.

Dated:   July 8, 2009

D. Alexander Floum, Esq.
THE WILLIAMS FIRM
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, California 94596
Telephone:  (925) 933-9800
Facsimile:  (925) 933-9810
Email: afloum@williams-firm.com
Attorneys for Plaintiff, SKYYTEK CORPORATION, a Florida corporation

Dated:   July 8, 2009                MCMAHON SEREPCA LLP

Peter C. McMahon, Esq.
MCMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: (650) 637-0600
Fax: (650) 637-0700
Email: peter@msllp.com
Attorneys for Defendant and Counter-Claimant NETSUITE INC.

## ORDER

IT IS HEREBY ORDERED THAT the above-described action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS FURTHER HEREBY ORDERED that each party shall bear its own costs and attorneys fees.

IT IS SO ORDERED.

Dated:

_____
United States District Judge